# Court of Appeals
# of the State of Georgia

ATLANTA,____April 14, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16A0065.  CARTER v. STRICKLAND.**

Harold L. Strickland brought a negligence action against John G. Carter, in Carter's official capacity as Wayne County Sheriff.  Sheriff Carter filed this direct appeal from the trial court's order denying his motion for summary judgment on the basis of sovereign immunity.  Even though the denial of the motion for summary judgment was not a final judgment subject to direct appeal within the meaning of OCGA § 5-6-34 (a) (1), Sheriff Carter asserted that a direct appeal was authorized by *Board of Regents &c. v. Canas*, 295 Ga. App. 505 (672 SE2d 471) (2009), where this Court found under the collateral order doctrine that a direct appeal was available from a pre-trial order rejecting the defense of sovereign immunity.  But in *Rivera v. Washington*, 2016 WL 1190390 (Ga. March 25, 2016), the Supreme Court overruled *Canas* and made clear that the collateral order doctrine does not authorize a direct appeal from an order denying a motion seeking dismissal of an action on the basis of sovereign immunity.  An appeal from the trial court's order denying summary judgment must be brought in accordance with the interlocutory procedures in OCGA § 5-6-34 (b). *Rivera*, supra.  Accordingly, this direct appeal is DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_____04/14/2016_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*